UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRANCISCO DARIO MACEDO SOLANO,<br><br>Petitioner,<br><br>v.<br><br>U.S IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | Case No. 5:26-cv-02815-MWC-DTB<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Granting the Petition; (b) ordering Respondent to provide Petitioner Francisco Dario Macedo Solano (A# 240-500-142), with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. Sections

1

1003.19 and 1236.1, and at which the government bears the burden of proof of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community, within seven (7) days of the date of the date of the District Court's Order accepting and adopting this Report and Recommendation; (c) ordering Respondent to provide the immigration judge conducting the bond hearing with a copy of this Report and Recommendation and the District Court's Order accepting and adopting this Report and Recommendation; (d) ordering Respondent to release Petitioner from custody within eight (8) days following the date of the Order accepting and adopting this Report and Recommendation if he has not been provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C.§ 1226(a); and (e) ordering Respondent to file a status report within two (2) business days of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondent's compliance with District Court's Order accepting and adopting this Report and Recommendation.

DATED: July 7, 2026

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2