JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

FRANCISCO DARIO MACEDO SOLANO,

              Petitioner,

          v.

U.S IMMIGRATION AND CUSTOMS ENFORCEMENT,

              Respondent.

Case No. 5:26-cv-02815-MWC-DTB

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and Respondent is ordered to provide Petitioner Francisco Dario Macedo Solano (A# 240-500-142), with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. Sections 1003.19 and 1236.1, and at which the government bears the burden of proof of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community, within seven (7) days of the date of the date of the District Court's Order Accepting Findings, Conclusions

1

and Recommendations of United States Magistrate Judge ("Order"). Respondent is also ordered to provide the immigration judge conducting the bond hearing with a copy of the Report and Recommendation and the Order.

Respondent is further ordered to release Petitioner from custody within eight (8) days following the date of the Order if he has not been provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C.§ 1226(a).

Respondent shall file a status report within two (2) business days of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondent's compliance with the Order.

DATED: July 7, 2026

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2